# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III,<br><br>    Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>    Defendant. | Case No. 1:21-cv-00979-SAB<br><br>ORDER SETTING HEARING ON MOTION TO DISMISS FOR JULY 28, 2021<br><br>(ECF No. 8) |

Plaintiff Stanley E. Redick, III, proceeding *pro* se, filed this action June 21, 2021, against Defendant Lowe's Home Centers, LLC. (ECF No. 1.) On June 25, 2021, this action was found to be related and reassigned to the undersigned as presiding magistrate judge. (ECF No. 7.) On June 28, 2021, Defendant filed a motion to dismiss. (ECF No. 8.) On June 7, 2021, Plaintiff filed an opposition. (ECF No. 12.) Pursuant to the parties' consent, on July 12, 2021, this case was assigned to the undersigned for all purposes, including trial and entry of final judgment. (ECF No. 13.) Due to the assignment of this action, the hearing on the motion to dismiss shall be set before the undersigned.

///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendant's motion to dismiss is set for **July 28, 2021, at 10:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: **July 13, 2021**

_____
UNITED STATES MAGISTRATE JUDGE