# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III,<br><br>    Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>    Defendant. | Case No. 1:21-cv-00979-SAB<br><br>ORDER VACATING JULY 28, 2021 HEARING<br><br>(ECF Nos. 8, 14) |

Plaintiff Stanley E. Redick, III, is proceeding *pro* se in this action against Defendant Lowe's Home Centers, LLC, which was removed to this Court on June 21, 2021. (ECF No. 1.) A motion to dismiss filed by Defendant is currently set for hearing on July 28, 2021, before the undersigned in Courtroom 9. (ECF Nos. 8, 14.) Having considered the moving, opposition and reply papers, the Court finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set for July 28, 2021, will be vacated and the parties will not be required to appear at that time.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that the hearing on Defendant's motion to
2  dismiss set for July 28, 2021, at 10:00 a.m. in Courtroom 9 is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **July 22, 2021**

UNITED STATES MAGISTRATE JUDGE