1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III, | Case No. 1:21-cv-00979-SAB |
| Plaintiff, | ORDER ADVANCING SCHEDULING CONFERENCE |
| v. | (ECF No. 9) |
| LOWES HOME CENTERS, LLC, | |
| Defendant. | |

On June 29, 2021, due to the pending motion to dismiss before the then assigned District Judge, the Court continued the scheduling conference in this action until March 8, 2022. (ECF No. 9.) Thereafter, the parties consented to Magistrate Judge jurisdiction and the case was assigned to the undersigned. (ECF No. 13.) On July 29, 2021, the Court issued an order granting the Defendant's motion to dismiss and granting Plaintiff leave to file a second amended complaint within thirty (30) days. (ECF No. 18.) Given the motion to dismiss has now been adjudicated, the Court shall advance the scheduling conference to November 16, 2021, at 11:30 a.m.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for March 8, 2022, is ADVANCED to **November 16, 2021, at 11:30 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**August 10, 2021**__

UNITED STATES MAGISTRATE JUDGE