# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III,<br><br>    Plaintiff,<br><br>    v.<br><br>LOWES HOME CENTERS, LLC,<br><br>    Defendant. | Case No. 1:21-cv-00979-SAB<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 18)<br><br>FOURTEEN DAY DEADLINE |

Plaintiff Stanley E. Redick, III, is proceeding *pro se* in this action that was removed to this court from the Tuolumne County Superior Court on June 21, 2021. (ECF No. 1.) On July 29, 2021, the Court issued an order granting the Defendant's motion to dismiss, without leave to amend except as to Plaintiff's malicious prosecution claim, and granting Plaintiff leave to file a second amended complaint only as to the malicious prosecution claim, within thirty (30) days. (ECF No. 18.) Plaintiff has not filed an amended complaint or otherwise communicated with the Court and the time to do so has expired.[1]

/ / /

/ / /

/ / /

---

[1] During this period, Plaintiff did file a notice of intent to proceed on Plaintiff's claim against Defendant Lowe's Home Centers, LLC for a Bane Act violation in the related action, Redick v. Lowes Home Centers, LLC, Case No. 21-cv-00358-NONE-SAB, ECF No. 23.

1

Accordingly, IT IS HEREBY ORDERED that **within fourteen (14) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result in dismissal of this action for failure to state a claim, failure to prosecute, and failure to comply with an order of the Court.

IT IS SO ORDERED.

Dated:   **September 17, 2021**

_____
UNITED STATES MAGISTRATE JUDGE